IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MILLIGAN, RAMON LASHAWN
VS
ALLEGHENY COUNTY JAIL,
ORLANDO HARPER; WARDEN          **Civil Action No.**    15 - 1195
ACJ, ALLEGHENY COUNTY JAIL
OVERSIGHT BOARD,
ALLEGHENY COUNTY BUREAU
OF CORRECTION, CANTEEN                        **RECEIVED**
CORRECTIONAL SERVICES,
AND CORIZON HEALTH                            SEP 1 4 2015
SERVICES
                                        CLERK, U.S. DISTRICT COURT
                                        WEST. DIST. OF PENNSYLVANIA

## COMPLAINT

1.  The plaintiff is a resident of Pittsburgh, Allegheny County, Pennsylvania and a citizen of the
    United States.
2.  The Defendant primary place of business is Pittsburgh, Allegheny County doing business solely
    in the United States.
3.  The defendant Orlando Harper is a resident of Allegheny County, Pennsylvania and a citizen of
    the United States.

## JURISDICTION

4.  This court has jurisdiction over this matter pursuant 42 U.S.C. Sec. 1983

## FACTS

5.  On July 29, 2015, Ramon Milligan, the Plaintiff was arrested and committed into the Allegheny
    County Jail
6.  The Plaintiff went through the intake process fully disclosing his medical and mental health
    conditions as well as his need for High Protein/Enhanced Diet
7.  The Plaintiff lost a drastic amount of weight while detained in the Allegheny County Jail due to
    not being given his proper diet as ordered by medical staff
8.  On August 11, 2015, the Plaintiff went before a District Magistrate in Pittsburgh Municipal
    Courts, whereby one criminal complaint was dismissed with the other being sent to the County
    Courts for Formal Arraignment whereas Mr. Milligan's bond was modified to Nonmonetary
    Bond

9.  Forty-eighth (48) hours after the Courts modification of bond and dismissal of second case the Plaintiff began to inquire as to why he wasn't yet released from the Allegheny County Jail

10. The Plaintiff the proceeded to write numerous Inmate Request to Staff and the Inmates Records Department to obtain reasoning for his continued detention in the facility after bond modification by Magisterial District Judge

11. The Plaintiff wrote grievance after grievance to the Unit Manager of level 2, Captain Leon, Deputy Warden as well as the Records Department in hopes of a resolution

12. The Plaintiff never received any response from staff members

13. August 16th the Plaintiff spoke with a Sargent who came onto the unit regarding his failure to be released, the staff member looked into it and informed the Plaintiff the issue was resolved

14. The Plaintiff wasn't release until August 18th a week after his Court release date

15. The Plaintiff was a VISTA with AmeriCorps serving a year term, the delay in the Plaintiffs release cost him his position

16. Wherefore, the Plaintiff demands judgement against the defendants for damages in the amount of FIVE MILLION US DOLLARS, and for such other relief this Court deems just. Plaintiff doesn't seek Trial by Jury.

Signature: *Ramon L Milligan*

Name: Ramon Milligan

Address: 89 Knox Ave Apt 11
Pittsburgh, PA 15210

Telephone Number: (678)948-6887