# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAMON LASHAWN MILLIGAN, ) | |
| ) | Civil Action No. 15 – 1195 |
| Plaintiff, ) | |
| ) | Chief District Judge Joy Flowers Conti |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| ALLEGHENY COUNTY JAIL, *et al.*, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

On September 16, 2015, Ramon Lashawn Milligan ("Plaintiff") filed with the Court a prisoner civil rights Complaint pursuant to 48 U.S.C. § 1983 alleging violations stemming from his commitment and confinement in the Allegheny County Jail. (ECF No. 3.) In accordance with the Magistrate Judge's Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules of Court, all pretrial matters were referred to United States Magistrate Judge Lisa Pupo Lenihan.

On December 28, 2015, the Defendants filed a Motion to Dismiss the Complaint for failure to state a claim. (ECF No. 31.) On June 21, 2016, the magistrate judge issued a Report and Recommendation recommending that Defendants' Motion to Dismiss be granted but that Plaintiff be allowed to file an amended complaint. (ECF No. 46.) It was further recommended that Defendants Allegheny County Jail and the Allegheny County Bureau of Corrections be dismissed with prejudice. The parties were served with the magistrate judge's Report and

Recommendation and informed that they had until June 8, 2016 to file written objections. As of today, no objections have been filed.

Therefore, upon an independent review of the record and consideration of the magistrate judge's Report and Recommendation, an order adopting the Report and Recommendation will be entered.

By the Court:

Dated: August 4, 2016

/s/ Joy Flowers Conti  
Joy Flowers Conti  
Chief United States District Judge

cc: Ramon Lashawn Milligan  
    89 Knox Avenue Apartment 11  
    Pittsburgh, PA 15210