IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAMON LASHAWN MILLIGAN, | Civil Action No. 15 – 1195 |
| Plaintiff, | |
| v. | Chief District Judge Joy Flowers Conti |
| | Magistrate Judge Lisa Pupo Lenihan |
| ALLEGHENY COUNTY JAIL, *et al.*, | |
| Defendant. | |

## ORDER

**IT IS HEREBY ORDERED** this 4th day of August, 2016, that for the reasons set forth in the Report and Recommendation (ECF No. 46), to which no objections were filed, Defendants' Motion to Dismiss (ECF No. 31) is granted and Defendants Allegheny County Jail and the Allegheny County Bureau of Corrections are dismissed from this action with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff is allowed to file an amended complaint in order to cure the deficiencies noted in the magistrate judge's Report and Recommendation. Plaintiff has thirty (30) days from the date of this Order to file his amended complaint and if he fails to do so by that time then this action will be dismissed for his failure to prosecute.

**IT IS FURTHER ORDERED** that the Report and Recommendation is adopted as the Opinion of this Court.

**AND IT IS FURTHER ORDERED** that this case is remanded back to the magistrate judge for all further pretrial proceedings.

By the Court:

/s/ Joy Flowers Conti
Joy Flowers Conti
Chief United States District Judge

cc: Ramon Lashawn Milligan
    89 Knox Avenue Apartment 11
    Pittsburgh, PA 15210