IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAMON LASHAWN MILLIGAN,<br>        Plaintiff,<br><br>v.<br><br>RICH ANDRASCKIK, et al.,<br>        Defendants. | C.A. No. 15-1195 |

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on September 14, 2015, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. §636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, filed on May 18, 2017, recommended that Defendants' motion to dismiss, (Docket No. [83]), be denied. Service was made on all parties by ECF. Objections to the report and recommendation for ECF users were due by June 1, 2017, and objections to the report and recommendation for unregistered ECF users were due by June 5, 2017. No objections were filed. After de novo review of the Second Amended Complaint and documents in the case, together with the report and recommendation, the following order is entered:

      AND NOW, this 6th day of June, 2017,
      IT IS HEREBY ORDERED that Defendants' motion to dismiss, (Docket No.

[83), is denied.

The report and recommendation of Magistrate Judge Lenihan, (Docket No. [98]), is adopted as the opinion of the Court.

*s/Nora Barry Fischer*
NORA BARRY FISCHER
United States District Judge

cc/ecf: Lisa Pupo Lenihan
U.S. Magistrate Judge

Ramon Lashawn Milligan
89 Knox Avenue Apartment 11
Pittsburgh, PA 15210

All counsel of record